# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

MADELENE TEPERSON,

                              Plaintiff,

        v.

COSTCO WHOLESALE
CORPORATION,

                              Defendant.

Case No. 18-cv-02646-BAS-AGS

**ORDER GRANTING JOINT MOTION TO DISMISS**

**[ECF No. 18]**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have filed a stipulation to dismissal of this action without prejudice with each side to bear its own fees and costs.  (ECF No. 18.)  The Court **GRANTS** the motion and **DISMISSES** this case **WITHOUT PREJUDICE**.  The Clerk of the Court **SHALL CLOSE** this case.

**IT IS SO ORDERED**.

**DATED:  July 31, 2019**

Hon. Cynthia Bashant
United States District Judge

– 1 –                                                    18cv2646